Lewis L. Taylor, Charles A. Taylor and Robert K. Taylor, as partners under the firm name of L. L. Taylor & Company, and Verner E. Peeples, Appellants, v. The Gulf Naval Stores Company, a corporation under the laws of Florida, Appellee.

In Banc.

Appeal from Circuit Court, Lake county; Minor S. Jones, Judge.

R. L. Anderson for appellants.

Macfarlane & Glen for appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal. The decree is affirmed.

Decision *Per Curiam.*